No. 73–5824. BRIDWELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–5837. TALLEY v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 73–5843. QUINONES v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–5844. CAUTHEN v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 73–5846. DULLES v. DULLES. Ct. App. D. C. Certiorari denied.

No. 73–5847. MESSINGER v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 73–5850. ALEXANDER ET AL. v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 73–5856. SNYDER v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 73–5861. NICHOLS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–5866. McKINNEY v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 73–5869. BRADLEY v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 73–5880. COOK v. BLACKLEDGE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 73–5881. TILLEY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.